IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DENNIS RUSSELL HOOPER,

    Plaintiff,

v.

YAMPA VALLEY MEDICAL CENTER
and DR. LAILA WILBER POWERS,

    Defendants.

Civ. No. 6:18-cv-00244-JR

ORDER

MCSHANE, Judge:

Magistrate Judge Jolie A. Russo filed a Findings and Recommendation (ECF No. 28), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although plaintiff did not file objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Russo's Findings and Recommendation (ECF No. 28) is adopted. This action is dismissed.

IT IS SO ORDERED.

    DATED this 23rd day of August, 2018.

                                             /s/ Michael J. McShane
                                               Michael McShane
                                         United States District Judge